IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                           No. 4:11-cr-230-DPM

JOSE TRINIDAD VILLALOBOS-VILLA                                   DEFENDANT

ORDER

Motion, *Document No. 19*, granted. The Indictment is dismissed without prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 Dec. 2011